UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (SF-00003),<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALESFORCE, INC.,<br><br>　　　　　Defendant. | Case No.  26-cv-02162-AGT<br><br>**ORDER TO PROCEED<br>PSEUDONYMOUSLY**<br><br>Re: Dkt. No. 3 |

The Court grants Plaintiff's request for leave to proceed pseudonymously on the condition that after Defendant is served and appears it may move to unseal Plaintiff's name.

**IT IS SO ORDERED.**

Dated: March 19, 2026

_____
Alex G. Tse
United States Magistrate Judge