UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANE DOE (SF-00003),<br><br>       Plaintiff,<br><br>       v.<br><br>SALESFORCE, INC.,<br><br>       Defendant. | Case No.  26-cv-02162-WHO<br>Case No. 26-cv-02296-WHO<br>Case No. 26-cv-02499-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

JANE DOE (SF-00005),

       Plaintiff,

       v.

SALESFORCE, INC.,

       Defendant.

JANE DOE (SF-00009),

       Plaintiff,

       v.

SALESFORCE, INC.,

       Defendant.

Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the cases are related to 26-cv-01531-JST *A. v. Salesforce, Inc*.

**IT IS SO ORDERED.**

Dated: April 13, 2026



WILLIAM H. ORRICK
United States District Judge